# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA J. EDWARDS,<br><br>  Plaintiff,<br><br>v.<br><br>LAW OFFICE OF RORY W. CLARK ET AL.,<br><br>  Defendants. | Case No: 2:15-CV-01661-JAM-CMK<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. JOHN A. MENDEZ** |

Based upon Plaintiff's Request for Voluntary Dismissal of Action With Prejudice, and good cause, this Court hereby orders the dismissal of the Action With Prejudice.

IT IS SO ORDERED.

Dated: 12/4/2015          /s/ John A. Mendez_____
                          HON. JOHN A. MENDEZ
                          UNITED STATES DISTRICT JUDGE